■ (A) RACHEL MOORE v. HAMILTON ESTATES, INC., et al. (B) CLARA LENICK v. WILLIAM LENICK.— Motion for leave to dispense with printing denied,

with $10 costs. Concur—Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.